**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2020
```

# ZEICHNER ELLMAN & KRAUSE LLP

1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10036
TEL: (212) 223-0400

DIRECT DIAL
(212) 826-5358
shaag-fisk@zeklaw.com

WWW.ZEKLAW.COM

June 9, 2020

**BY ECF**

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

**Krentsel & Guzman, LLP v. JPMorgan Chase Bank & Co.**
**Case No. 1:20-cv-02407-VEC**
**Request for Adjournment of Initial Pretrial Conference**

Dear Judge Caproni:

      We are counsel to defendant JPMorgan Chase Bank, N.A. ("Chase") in the above referenced action. We are writing pursuant to this Court's rules to request an adjournment of the initial pretrial conference currently scheduled for June 12, 2020 until after this Court renders a decision on Chase's motion to dismiss the complaint that we intend to file on June 23, 2020.

      We have conferred with Plaintiff's counsel, who consents to this request. This is the first request for an adjournment of the conference.

      We believe this adjournment would not cause any substantial delay in the litigation while avoiding a conference which would be premature prior to this Court's decision on the motion and unnecessary if the motion to dismiss is granted.

      We thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Sarah R. Haag-Fisk

SRHF:cla

cc: Plaintiff's counsel by ECF

1069564

> Application GRANTED. The initial pretrial conference is adjourned *sine die*.
>
> SO ORDERED.
>
> *[signature]* 6/9/2020
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

NEW YORK | CONNECTICUT | NEW JERSEY | WASHINGTON, D.C. | TEL AVIV