USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/16/2020___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

KRENTSEL & GUZMAN, LLP.,                      :
                                              :
                              Plaintiff,      :
                                              :
                 -against                     :                 20-CV-2407 (VEC)
                                              :
JPMORGAN CHASE BANK, N.A.,                     :                 ORDER
                                              :
                              Defendant.      :
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on July 16, 2020, the parties appeared for a telephone conference with this

Court;

   IT IS HEREBY ORDERED THAT:

   1.  Plaintiff's counsel, Ms. Raicus, is directed to appear for an in-person hearing on **July
       23, 2020 at 11:00 a.m** in Courtroom 443 of the Thurgood Marshall Courthouse,
       40 Foley Square, New York, New York, 10007 to determine whether sanctions
       should be imposed for her failure to appear at the July 10, 2020 conference.  She is
       directed to carefully review the truth of all submissions on this issue that have been
       made to date (Dkts. 35, 36, 38).  If appropriate, corrected filings must be submitted
       not later than **July 22, 2020 at 12:00 p.m.**  Members of the public may appear for
       the hearing by calling (888) 363-4749, using the access code 3121171 and the
       security code 2407.  Defendant may appear if it wishes, but its presence is not
       required.

   2.  Plaintiff may either amend its complaint or respond to Defendant's motion to dismiss
       (but not both) by **July 27, 2020**.  Defendant's reply is due by **August 17, 2020.**

3.  Discovery is stayed pending resolution of Defendant's motion to dismiss.


**SO ORDERED.**

**Date:  July 16, 2020**
      **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**