


**KRENTSEL GUZMAN HERBERT, LLP**
ATTORNEYS AT LAW

NEW YORK
17 Battery Place
6th Floor
New York, NY 10004

LONG ISLAND
175 East Shore Road,
Great Neck, NY 11023

T. 212.227.2900
F. 212.227.3881
www.kglawteam.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2020

July 28, 2020

BY ECF

The Honorable Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      **Krentsel & Guzman, LLP v. JPMorgan Chase Bank & Co.**
      **Case No. 1:20-cv-02407-VEC**

Dear Judge Caproni:

    In response to Your Honor's memo endorsement dated July 28, 2020, our office respectfully requests that an order be issued by this Honorable Court pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(2) dismissing Plaintiff's complaint *with prejudice*.

    Should you have any further questions regarding this matter, do not hesitate to contact the undersigned.

Respectfully submitted,
KRENTSEL GUZMAN HERBERT LLP

/s/ Marcia K. Raicus
**Marcia K. Raicus, Esq.**
17 Battery Place – Suite 604
New York, NY 10004
*t. 212-227-2900*
*f. 212-227-3881*

Application GRANTED. This case is DISMISSED with prejudice.

SO ORDERED.

*[signature: Valerie Caproni]*   7/28/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE